# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent, et al.

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cathy A. Harris

### Counsel Information

**Lead Counsel:** Neal Kumar Katyal
**Direct Phone:** (202) 835-7505  Fax: ( ) -  **Email:** nkatyal@milbank.com

**2nd Counsel:** Nathaniel A.G. Zelinsky
**Direct Phone:** (202) 835-7523  Fax: ( ) -  **Email:** nzelinsky@milbank.com

**3rd Counsel:** Ezra Louvis
**Direct Phone:** (202) 835-7584  Fax: ( ) -  **Email:** elouvis@milbank.com

**Firm Name:** Milbank LLP
**Firm Address:** 1850 K St. N.W. - Suite 1100, Washington, DC 20006
**Firm Phone:** (202) 835-7500  Fax: ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)