# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent, et al.

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cathy A. Harris

### Counsel Information

**Lead Counsel:** Jeremy D. Wright
**Direct Phone:** (202) 898-4800   **Fax:** (202) 289-1389   **Email:** jwright@katorparks.com

**2nd Counsel:** Michael J. Kator
**Direct Phone:** (202) 898-4800   **Fax:** (202) 289-1389   **Email:** mkator@katorparks.com

**3rd Counsel:** Kerrie D. Riggs
**Direct Phone:** (202) 898-4800   **Fax:** (202) 289-1389   **Email:** kriggs@katorparks.com

**Firm Name:**
**Firm Address:**
**Firm Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)