# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent, et al.

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Scott Bessent | Donald J. Trump |
| Trent Morse | Russell Vought |
| Sergio Gor | |
| Henry Kerner | |

### Counsel Information

**Lead Counsel:** Laura E. Myron

**Direct Phone:** (202) 514-4819  **Fax:** ( ) -  **Email:** laura.e.myron@usdoj.gov

**2nd Counsel:** Joshua M. Salzman

**Direct Phone:** (202) 532-4747  **Fax:** ( ) -  **Email:** joshua.m.salzman@usdoj.gov

**3rd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053  **Fax:** ( ) -  **Email:** michael.raab@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave NW, Washington DC 20530

**Firm Phone:** (202) 305-1754  **Fax:** ( ) -  **Email:** civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)