

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Steven A. Hirsch**
(415) 676-2286
shirsch@keker.com

March 11, 2025

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

**Re: Amici Curiae's notice of intent to participate in *Harris* v. *Bessent*, No. 25-5055**

Dear Clerk of the Court:

Pursuant to D.C. Circuit Rule 29(b), Professors John Coates, Jeffrey N. Gordon, Kathryn Judge, and Lev Menand hereby notify the Court that they intend to participate in the above-referenced matter as amici curiae in connection with the Government's emergency motion for a stay pending appeal and in any subsequent merits proceedings.

Sincerely,

KEKER, VAN NEST & PETERS LLP

*/s/ Steven A. Hirsch*

Steven A. Hirsch

2885312.v3