# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Cathy A. Harris

**v.**
Scott Bessent, et al.

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| Scott Bessent | Donald J. Trump |
| Trent Morse | Russel Vought |
| Sergio Gor | |
| Henry Kerner | |

### Counsel Information

Lead Counsel:

Direct Phone: ( ____ ) ____ - ____  Fax: ( ____ ) ____ - ____  Email: ____

2nd Counsel: Daniel Aguilar

Direct Phone: ( 202 ) 514-5432  Fax: ( ____ ) ____ - ____  Email: daniel.j.aguilar@usdoj.gov

3rd Counsel:

Direct Phone: ( ____ ) ____ - ____  Fax: ( ____ ) ____ - ____  Email: ____

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue NW, Washington DC 20530

Firm Phone: ( 202 ) 305-1754  Fax: ( ____ ) ____ - ____  Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)