# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5055**                                        **September Term, 2024**

**1:25-cv-00412-RC**

**Filed On:** March 12, 2025

Cathy A. Harris, in her personal capacity and
in her official capacity as Member of the Merit
Systems Protection Board,

      Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

------------------------------

Consolidated with 25-5037

**No. 25-5057**

**1:25-cv-00334-BAH**

Gwynne A. Wilcox,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

      Appellants

    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 25-5055

## September Term, 2024

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on Tuesday, March 18, 2025, at 9:30 A.M. before Circuit Judges Henderson, Millett, and Walker.  It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellee Harris | - | 15 Minutes |
| Appellee Wilcox | - | 15 Minutes |

One counsel per side to argue.  Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 13, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

[Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)