UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>*Appellee*,<br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,<br><br>*Appellants*. | Case No. 25-5037 |

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

The State of Florida, on behalf of itself and Alabama, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, Tennessee, Texas, Utah, West Virginia, and the Arizona Legislature, intends to file an *amicus* brief in support of the Appellants in the above-captioned appeal and hereby provides notice of that intent pursuant to Circuit Rule 29(b).

1

Dated: March 12, 2025

Respectfully Submitted,

JAMES UTHMEIER
  *Attorney General*

*/s/ Jeffrey P. DeSousa*
JEFFREY P. DESOUSA
  *Acting Solicitor General*
DAVID M. COSTELLO
NATHAN A. FORRESTER
  *Chief Deputy Solicitors General*
DARRICK W. MONSON
ROBERT S. SCHENCK
  *Assistant Solicitors General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
*jeffrey.desousa@myfloridalegal.com*

*Counsel for Amicus State of Florida*

# **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1 and Circuit Rules 26.1 and 29(b), *amicus curiae* State of Florida, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

## **CERTFICATE OF COMPLIANCE**

1. This document complies with the length limitations in Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part exempted by Federal Rule of Appellate Procedure 32(f), it contains 64 words.

2. This document complies with the typeface and type-style requirements in Federal Rule of Appellate Procedure 27(d), Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font using Microsoft Word.

*/s/ Jeffrey P. DeSousa*
Acting Solicitor General

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, I electronically filed this Amicus Brief with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Jeffrey P. DeSousa*
Acting Solicitor General
