**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent, et al

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Scott Bessent

Trent Morse

Sergio Gor

Henry Kerner

Donald J. Trump

Russell T. Vought

### Counsel Information

**Lead Counsel:** Laura E. Myron

**Direct Phone:** (202) 514-4819  Fax: (___) ___-____  **Email:** laura.e.myron@usdoj.gov

**2nd Counsel:** Eric D. McArthur

**Direct Phone:** (202) 307-5906  Fax: (___) ___-____  **Email:** eric.mcarthur@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (___) ___-____  Fax: (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave NW, Washington DC 20530

**Firm Phone:** (202) 305-1754  Fax: (___) ___-____  **Email:** civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)