# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**                    **September Term, 2024**

**1:25-cv-00412-RC**

**Filed On: April 7, 2025**

Cathy A. Harris, in her personal capacity and
in her official capacity as Member of the Merit
Systems Protection Board,

      Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

------------------------------

Consolidated with 25-5055

------------------------------

# No. 25-5057

**1:25-cv-00334-BAH**

Gwynne A. Wilcox,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

      Appellants

**BEFORE:**   Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petitions for hearing en banc, which include petitions

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5037**　　　　　　　　　　　　**September Term, 2024**

for initial hearing en banc, and the absence of a request by any member of the court for a vote on the petitions for initial hearing en banc, it is

    **ORDERED** that the petitions for initial hearing en banc be denied.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　　/s/
　　　　Laura M. Morgan
　　　　Deputy Clerk