MERITS ORAL ARGUMENT SCHEDULED MAY 16, 2025
Nos. 25-5037, 25-5055

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,

*Plaintiff-Appellee*,

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,

*Defendants-Appellants*.

*On Appeal from the United States District Court for the District of Columbia*

# NOTICE OF INTENT TO FILE BRIEF OF
# PROFESSOR PETER CONTI-BROWN AS *AMICUS CURIAE*
# IN SUPPORT OF PLAINTIFF-APPELLEE

William Pittard
Daniel Csigirinszkij
KAISER PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
(202) 640-2850
wpittard@kaiserlaw.com

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, *amicus curiae* states that no party to this brief is a publicly-held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Professor Peter Conti-Brown, Ph.D., hereby gives notice that he intends to file a brief as amicus curiae in support of Plaintiff-Appellee in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

Dated: April 8, 2025

*/s/ William Pittard*
William Pittard
Daniel Csigirinszkij
KAISER PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
(202) 640-2850
wpittard@kaiserlaw.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system, which will send the notice of electronic filing to all parties registered through CM/ECF.

*/s/ William Pittard*
William Pittard

*Counsel for Amicus Curiae*
