MERITS ORAL ARGUMENT SCHEDULED MAY 16, 2025

Nos. 25-5037, 25-5055

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,

*Appellee*,

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,

*Appellants*.

*On Appeal from the United States District Court for the District of Columbia*

## NOTICE OF INTENT TO FILE BRIEF OF GOVERNMENT ACCOUNTABILITY PROJECT, INC. AS *AMICI CURIAE* IN SUPPORT OF APPELLEE

Thad M. Guyer
**T.M. GUYER AND AYERS & FRIENDS, PC PLLC**
116 Mistletoe Street
Medford, OR 97501
Tel.: (206) 941-2869
thad@guyerayers.com

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, the Government Accountability Project, Inc. hereby gives notice that it intends to file a brief as *amici curiae* in support of appellee in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

Dated: April 9, 2025

/s/ *Thad M. Guyer*
Thad M. Guyer
**T.M. GUYER AND AYERS & FRIENDS, PC PLLC**
116 Mistletoe Street
Medford, OR 97501
Tel.: (206) 941-2869
thad@guyerayers.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on April 9, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 9th of April, 2025.

/s/ Thad M. Guyer
Thad M. Guyer

*Counsel for Amici Curiae*
