

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Steven A. Hirsch**
(415) 676-2286
shirsch@keker.com

April 9, 2025

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

**Re:  Amici Curiae's notice of intent to participate in *Harris* v. *Bessent*, No. 25-5037, consolidated with 25-5055, and in *Wilcox v. Trump*, No. 25-5057**

Dear Clerk of the Court:

Pursuant to D.C. Circuit Rule 29(b), Professors John Coates, Jeffrey N. Gordon, Kathryn Judge, and Lev Menand hereby notify the Court that they intend to participate in all of the above-referenced matters as amici curiae at all stages of the litigation.

Sincerely,

KEKER, VAN NEST & PETERS LLP

Steven A. Hirsch

2899981