# ORAL ARGUMENT SCHEDULED FOR MAY 16, 2025

Nos. 25-5055, 25-5057

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

*Plaintiff-Appellee*,

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,

*Defendants-Appellants.*

On Appeal from the U.S. District Court for the District of Columbia, No. 1:25-cv-00412 (Hon. Rudolph Contreras, J.)

GWYNNE A. WILCOX,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants.*

On Appeal from the U.S. District Court for the District of Columbia, No. 1:25-cv-00334 (Hon. Beryl A. Howell, J.)

## NOTICE OF INTENT TO FILE BRIEF OF PUBLIC CITIZEN AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES

    Nicolas A. Sansone
    Allison M. Zieve
    Public Citizen Litigation Group
    1600 20th Street NW
    Washington, DC 20009
    (202) 588-1000

April 9, 2025　　　　　　　　　　*Attorneys for Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), amicus curiae Public Citizen states that it is a non-stock, nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of Public Citizen.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of this Court's *Handbook of Practice and Internal Procedures*, Public Citizen hereby gives notice that it intends to file a brief as amicus curiae in support of Plaintiffs-Appellees in these matters. All parties in both cases have consented to the filing of this brief.

Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Amicus Curiae*

April 9, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Intent with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit on April 9, 2025, using the CM/ECF e-filing system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Nicolas A. Sansone
Nicolas A. Sansone
*Attorney for Amicus Curiae*