**ORAL ARGUMENT SCHEDULED FOR MAY 16, 2025
NOS. 25-5037, 25-5055, 25-5057**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,

*Plaintiff-Appellee*,

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, *et al.*,

*Defendants-Appellants*.

GWYNNE A. WILCOX,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,

*Defendants-Appellants*.

On appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT TO FILE BRIEF OF 253 MEMBERS OF CONGRESS AS *AMICI CURIAE* IN SUPPORT OF APPELLEES**

Anthony Schoenberg
Alexis Loeb
John Ugai
Raven Quesenberry*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
tschoenberg@fbm.com;
aloeb@fbm.com; jugai@fbm.com;
rquesenberry@fbm.com
*Counsel for Amici Curiae*

46620\20293161.1

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amici Curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's Handbook of Practice and Internal Procedure, the 253 Members of Congress listed on the pages that follow hereby give notice that they intend to file a brief as *amici curiae* in support of Appellee Cathy A. Harris and Appellee Gwynne A. Wilcox. All parties have consented to the filing of this brief.

Dated: April 9, 2025              Respectfully submitted,

By:    /s/ Anthony Schoenberg
Anthony Schoenberg
Alexis Loeb
John Ugai
Raven Quesenberry*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
tschoenberg@fbm.com
aloeb@fbm.com
jugai@fbm.com
rquesenberry@fbm.com

*Practicing under the direct supervision of members of the bar of the U.S. Court of Appeals for the D.C. Circuit while admission is pending.*

*Counsel for Amici Curiae*

2

## LIST OF *AMICI CURIAE*

1. **Jamie Raskin**
   Representative of Maryland

2. **Gerald E. Connolly**
   Representative of Virginia

3. **Robert C. "Bobby" Scott**
   Representative of Virginia

4. **Hakeem Jeffries**
   Representative of New York

5. **Katherine Clark**
   Representative of Massachusetts

6. **Pete Aguilar**
   Representative of California

7. **Joe Neguse**
   Representative of Colorado

8. **Rosa L. DeLauro**
   Representative of Connecticut

9. **Alma S. Adams, Ph.D.**
   Representative of North Carolina

10. **Gabe Amo**
    Representative of Rhode Island

11. **Yassamin Ansari**
    Representative of Arizona

12. **Jake Auchincloss**
    Representative of Massachusetts

13. **Becca Balint**
    Representative of Vermont

14. **Nanette Barragán**
    Representative of California

15. **Joyce Beatty**
    Representative of Ohio

16. **Wesley Bell**
    Representative of Missouri

17. **Ami Bera, M.D.**
    Representative of California

18. **Donald S. Beyer Jr.**
    Representative of Virginia

19. **Sanford D. Bishop, Jr.**
    Representative of Georgia

20. **Suzanne Bonamici**
    Representative of Oregon

21. **Brendan F. Boyle**
    Representative of Pennsylvania

22. **Shontel Brown**
    Representative of Ohio

23. **Julia Brownley**
    Representative of California

24. **Nikki Budzinski**
    Representative of Illinois

25. **Janelle Bynum**
    Representative of Oregon

26. **Salud O. Carbajal**
    Representative of California

27. **André Carson**
    Representative of Indiana

28. **Troy A. Carter, Sr.**
    Representative of Louisiana

29. **Greg Casar**
    Representative of Texas

30. **Ed Case**
    Representative of Hawaii

31. **Sean Casten**
    Representative of Illinois

32. **Kathy Castor**
    Representative of Florida

33. **Joaquin Castro**
    Representative of Texas

34. **Sheila Cherfilus-McCormick**
    Representative of Florida

35. **Judy Chu**
    Representative of California

36. **Gilbert R. Cisneros, Jr.**
    Representative of California

37. **Yvette Clarke**
    Representative of New York

38. **Emanuel Cleaver, II**
    Representative of Missouri

39. **James E. Clyburn**
    Representative of South Carolina

40. **Steve Cohen**
    Representative of Tennessee

41. **Herbert C. Conaway, Jr.**
    Representative of New Jersey

42. **J. Luis Correa**
    Representative of California

43. **Jim Costa**
    Representative of California

44. **Joe Courtney**
    Representative of Connecticut

45. **Angie Craig**
    Representative of Minnesota

46. **Jasmine Crockett**
    Representative of Texas

47. **Jason Crow**
    Representative of Colorado

48. **Sharice Davids**
    Representative of Kansas

49. **Danny K. Davis**
    Representative of Illinois

50. **Donald G. Davis**
    Representative of North Carolina

51. **Madeleine Dean**
    Representative of Pennsylvania

52. **Diana DeGette**
    Representative of Colorado

53. **Suzan K. DelBene**
    Representative of Washington

54. **Chris Deluzio**
    Representative of Pennsylvania

55. **Mark DeSaulnier**
    Representative of California

56. **Maxine Dexter**
    Representative of Oregon

57. **Debbie Dingell**
    Representative of Michigan

58. **Lloyd Doggett**
    Representative of Texas

59. **Sarah Elfreth**
    Representative of Maryland

60. **Veronica Escobar**
    Representative of Texas

61. **Adriano Espaillat**
    Representative of New York

62. **Dwight Evans**
    Representative of Pennsylvania

63. **Cleo Fields**
    Representative of Louisiana

64. **Shomari C. Figures**
    Representative of Alabama

65. **Lizzie Fletcher**
    Representative of Texas

66. **Bill Foster**
    Representative of Illinois

67. **Valerie P. Foushee**
    Representative of North Carolina

68. **Lois Frankel**
    Representative of Florida

69. **Laura Friedman**
    Representative of California

70. **Maxwell Alejandro Frost**
    Representative of Florida

71. **John Garamendi**
    Representative of California

72. **Jesús G. "Chuy" García**
    Representative of Illinois

73. **Robert Garcia**
    Representative of California

74. **Sylvia Garcia**
    Representative of Texas

75. **Laura Gillen**
    Representative of New York

76. **Dan Goldman**
    Representative of New York

77. **Jimmy Gomez**
    Representative of California

78. **Vicente Gonzalez**
    Representative of Texas

79. **Maggie Goodlander**
Representative of New Hampshire

80. **Josh Gottheimer**
Representative of New Jersey

81. **Adam Gray**
Representative of California

82. **Al Green**
Representative of Texas

83. **Josh Harder**
Representative of California

84. **Jahana Hayes**
Representative of Connecticut

85. **Pablo José Hernández**
Representative of Puerto Rico

86. **Jim Himes**
Representative of Connecticut

87. **Steven Horsford**
Representative of Nevada

88. **Chrissy Houlahan**
Representative of Pennsylvania

89. **Steny H. Hoyer**
Representative of Maryland

90. **Val Hoyle**
Representative of Oregon

91. **Jared Huffman**
Representative of California

92. **Glenn F. Ivey**
Representative of Maryland

93. **Jonathan L. Jackson**
Representative of Illinois

94. **Sara Jacobs**
Representative of California

95. **Pramila Jayapal**
Representative of Washington

96. **Henry C. "Hank" Johnson, Jr.**
Representative of Georgia

97. **Julie Johnson**
Representative of Texas

98. **Sydney Kamlager-Dove**
Representative of California

99. **Marcy Kaptur**
Representative of Ohio

100. **William Keating**
Representative of Massachusetts

101. **Robin L. Kelly**
Representative of Illinois

102. **Timothy M. Kennedy**
Representative of New York

103. **Ro Khanna**
Representative of California

104. **Raja Krishnamoorthi**
Representative of Illinois

105. **Greg Landsman**
Representative of Ohio

106. **John B. Larson**
Representative of Connecticut

107. **George Latimer**
Representative of New York

108. **Summer L. Lee**
Representative of Pennsylvania

109. **Susie Lee**
Representative of Nevada

110. **Teresa Leger Fernández**
Representative of New Mexico

111. **Mike Levin**
Representative of California

112. **Sam T. Liccardo**
Representative of California

113. **Ted W. Lieu**
Representative of California

114. **Zoe Lofgren**
Representative of California

115. **Stephen F. Lynch**
Representative of Massachusetts

116. **Seth Magaziner**
Representative of Rhode Island

117. **John W. Mannion**
Representative of New York

118. **Doris Matsui**
Representative of California

119. **Lucy McBath**
Representative of Georgia

120. **Sarah McBride**
Representative of Delaware

121. **April McClain Delaney**
Representative of Maryland

122. **Jennifer L. McClellan**
Representative of Virginia

123. **Betty McCollum**
Representative of Minnesota

124. **Kristen McDonald Rivet**
Representative of Michigan

125. **Morgan McGarvey**
Representative of Kentucky

126. **James P. McGovern**
Representative of Massachusetts

127. **LaMonica McIver**
Representative of New Jersey

128. **Gregory W. Meeks**
Representative of New York

129. **Robert J. Menendez**
Representative of New Jersey

130. **Grace Meng**
Representative of New York

131. **Kweisi Mfume**
Representative of Maryland

132. **Dave Min**
Representative of California

133. **Gwen S. Moore**
Representative of Wisconsin

134. **Joseph D. Morelle**
Representative of New York

135. **Kelly Morrison**
Representative of Minnesota

136. **Jared Moskowitz**
Representative of Florida

137. **Seth Moulton**
Representative of Massachusetts

138. **Frank J. Mrvan**
Representative of Indiana

139. **Kevin Mullin**
Representative of California

140. **Jerrold Nadler**
Representative of New York

141. **Richard E. Neal**
Representative of Massachusetts

142. **Donald Norcross**
Representative of New Jersey

143. **Eleanor Holmes Norton**
Representative of the District of Columbia

144. **Alexandria Ocasio-Cortez**
Representative of New York

145. **Johnny Olszewski**
Representative of Maryland

146. **Ilhan Omar**
Representative of Minnesota

147. **Frank Pallone, Jr.**
Representative of New Jersey

148. **Jimmy Panetta**
Representative of California

149. **Chris Pappas**
Representative of New Hampshire

150. **Nancy Pelosi**
Representative of California

151. **Scott H. Peters**
Representative of California

152. **Brittany Pettersen**
Representative of Colorado

153. **Chellie Pingree**
Representative of Maine

154. **Stacey E. Plaskett**
Representative of the Virgin Islands

155. **Mark Pocan**
Representative of Wisconsin

156. **Nellie Pou**
Representative of New Jersey

157. **Ayanna Pressley**
Representative of Massachusetts

158. **Mike Quigley**
Representative of Illinois

159. **Delia C. Ramirez**
Representative of Illinois

160. **Emily Randall**
Representative of Washington

161. **Josh Riley**
Representative of New York

162. **Luz M. Rivas**
Representative of California

163. **Deborah K. Ross**
Representative of North Carolina

164. **Raul Ruiz**
Representative of California

165. **Patrick K. Ryan**
Representative of New York

166. **Andrea Salinas**
Representative of Oregon

167. **Linda T. Sánchez**
Representative of California

168. **Mary Gay Scanlon**
Representative of Pennsylvania

169. **Jan Schakowsky**
Representative of Illinois

170. **Bradley Scott Schneider**
Representative of Illinois

171. **Hillary J. Scholten**
Representative of Michigan

172. **Kim Schrier, M.D.**
Representative of Washington

173. **David Scott**
Representative of Virginia

174. **Terri A. Sewell**
Representative of Alabama

175. **Brad Sherman**
Representative of California

176. **Mikie Sherrill**
Representative of New Jersey

177. **Lateefah Simon**
Representative of California

178. **Adam Smith**
Representative of Washington

179. **Eric Sorensen**
Representative of Illinois

180. **Darren Soto**
Representative of Florida

181. **Melanie A. Stansbury**
Representative of New Mexico

182. **Greg Stanton**
Representative of Arizona

183. **Haley Stevens**
Representative of Michigan

184. **Marilyn Strickland**
Representative of Washington

185. **Suhas Subramanyam**
Representative of Virginia

186. **Thomas R. Suozzi**
Representative of New York

187. **Eric Swalwell**
Representative of California

188. **Emilia Strong Sykes**
Representative of Ohio

189. **Mark Takano**
Representative of California

190. **Shri Thanedar**
Representative of Michigan

191. **Bennie G. Thompson**
Representative of Mississippi

192. **Mike Thompson**
Representative of California

193. **Dina Titus**
Representative of Nevada

194. **Rashida Tlaib**
Representative of Michigan

195. **Jill Tokuda**
Representative of Hawaii

196. **Paul D. Tonko**
Representative of New York

197. **Norma J. Torres**
Representative of California

198. **Ritchie Torres**
Representative of New York

199. **Lori Trahan**
Representative of Massachusetts

200. **Derek T. Tran**
Representative of California

201. **Lauren Underwood**
Representative of Illinois

202. **Juan Vargas**
Representative of California

203. **Gabe Vasquez**
Representative of New Mexico

204. **Marc Veasey**
Representative of Texas

205. **Nydia M. Velázquez**
Representative of New York

206. **Eugene Vindman**
Representative of Virginia

207. **Debbie Wasserman Schultz**
Representative of Florida

208. **Maxine Waters**
Representative of California

209. **Bonnie Watson Coleman**
Representative of New Jersey

210. **George T. Whitesides**
Representative of California

211. **Nikema Williams**
Representative of Georgia

212. **Frederica S. Wilson**
Representative of Florida

213. **Charles E. Schumer**
Senator from New York

214. **Elizabeth Warren**
Senator from Massachusetts

215. **Cory A. Booker**
Senator from New Jersey

216. **Richard J. Durbin**
Senator from Illinois

217. **Amy Klobuchar**
Senator from Minnesota

218. **Mark R. Warner**
Senator from Virginia

219. **Bernard Sanders**
Senator from Vermont

220. **Tammy Baldwin**
Senator from Wisconsin

221. **Brian Schatz**
Senator from Hawaii

222. **Gary C. Peters**
Senator from Michigan

223. **Angela Alsobrooks**
Senator from Maryland

224. **Michael F. Bennet**
Senator from Colorado

225. **Richard Blumenthal**
Senator from Connecticut

226. **Lisa Blunt Rochester**
Senator from Delaware

227. **Maria Cantwell**
Senator from Washington

228. **Christopher A. Coons**
Senator from Delaware

229. **Tammy Duckworth**
Senator from Illinois

230. **John Fetterman**
Senator from Pennsylvania

231. **Ruben Gallego**
Senator from Arizona

232. **Kirsten E. Gillibrand**
Senator from New York

233. **Margaret Wood Hassan**
Senator from New Hampshire

234. **Martin Heinrich**
Senator from New Mexico

235. **John W. Hickenlooper**
Senator from Colorado

236. **Mazie K. Hirono**
Senator from Hawaii

237. **Tim Kaine**
Senator from Virginia

238. **Andy Kim**
Senator from New Jersey

239. **Ben Ray Luján**
Senator from New Mexico

240. **Edward J. Markey**
Senator from Massachusetts

241. **Jeff Merkley**
Senator from Oregon

242. **Patty Murray**
Senator from Washington

243. **Alex Padilla**
Senator from California

244. **Jack Reed**
Senator from Rhode Island

245. **Jacky Rosen**
Senator from Nevada

246. **Adam B. Schiff**
Senator from California

247. **Jeanne Shaheen**
Senator from New Hampshire

248. **Elissa Slotkin**
Senator from Michigan

249. **Chris Van Hollen**
Senator from Maryland

250. **Raphael G. Warnock**
Senator from Georgia

251. **Peter Welch**
Senator from Vermont

252. **Sheldon Whitehouse**
Senator from Rhode Island

253. **Ron Wyden**
Senator from Oregon

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on April 9, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 9th day of April, 2025.

By:  */s/ Anthony Schoenberg*
Anthony Schoenberg

*Counsel for Amici Curiae*