**SCHEDULED FOR ORAL ARGUMENT MAY 16, 2025**

No. 25-5037, 25-5055

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,

*Plaintiff-Appellee,*

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-00412

**NOTICE OF INTENT TO FILE BRIEF OF
*AMICI CURIAE* FORMER BOARD MEMBERS AND GENERAL
COUNSEL OF THE MERIT SYSTEMS PROTECTION BOARD
IN SUPPORT OF APPELLEE**

ELIZABETH C. LOCKWOOD
KATHRYN M. ALI
MEGHAN C. PALMER
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
(202) 651-2475
liz.lockwood@alilockwood.com
katie.ali@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Amici Curiae
James M. Eisenmann, Raymond Limon &
Jessica Parks*

April 09, 2025

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* states that no party to this brief is a publicly-held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure,* James M. Eisenmann, Raymond Limon, and Jessica Parks hereby give notice that they intend to file a brief as *amici curiae* in support of appellee and affirmance. All parties have consented to the filing of this brief.

Dated: April 09, 2025

Respectfully submitted,

By: */s/ Elizabeth C. Lockwood*

ELIZABETH C. LOCKWOOD
KATHRYN M. ALI
MEGHAN C. PALMER
ALI & LOCKWOOD LLP
501 H Street NE
Suite 200
(202) 651-2475
liz.lockwood@alilockwood.com
katie.ali@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Amici Curiae
James M. Eisenmann, Raymond Limon an
Jessica Parks*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 09, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All counsel in this case are registered CM/ECF users and will be served by the appellate CM/ECF.

Dated: April 09, 2025

By: */s/ Elizabeth C. Lockwood*

Elizabeth C. Lockwood

*Counsel for Amici Curiae*
*James M. Eisenmann, Raymond Limon &*
*Jessica Parks*