# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

**v.**

Scott Bessent

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public Citizen

### Counsel Information

**Lead Counsel:** Nicolas Sansone

**Direct Phone:** ( 202 ) 588-7714   **Fax:** (   )   -   **Email:** nsansone@citizen.org

**2nd Counsel:** Allison Zieve

**Direct Phone:** ( 202 ) 588-7723   **Fax:** (   )   -   **Email:** azieve@citizen.org

**3rd Counsel:**

**Direct Phone:** (   )   -   **Fax:** (   )   -   **Email:**

**Firm Name:** Public Citizen Litigation Group

**Firm Address:** 1600 20th Street NW Washington, DC 20009

**Firm Phone:** ( 202 ) 588-1000   **Fax:** (   )   -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)