# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent

**Case No:** 25-5037, 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James M. Eisenmann

Raymond Limon

Jessica Parks

### Counsel Information

Lead Counsel: Elizabeth Lockwood

Direct Phone: (202) 651-2477  Fax: (___) ___-____  Email: liz.lockwood@alilockwood.com

2nd Counsel: Kathryn Ali

Direct Phone: (202) 651-2476  Fax: (___) ___-____  Email: katie.ali@alilockwood.com

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Ali & Lockwood LLP

Firm Address: 501 H Street NE, Suite 200, Washington, D.C. 20002

Firm Phone: (202) 651-2475  Fax: (___) ___-____  Email: -

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)