ORAL ARGUMENT MAY 16, 2025

No. 25-5055

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CATHY A. HARRIS, in her personal capacity and in her official capacity as member of the Merit Systems Protection Board,

Plaintiff-Appellee,

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
For the District of Columbia, No. 1:25-cv-00412-RC
Hon. Rudolph Contreras, J.

## NOTICE OF INTENT TO FILE AMICUS BRIEF OF AMICI CURIAE HAWAI'I, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, WISCONSIN, AND THE DISTRICT OF COLUMBIA

ANNE E. LOPEZ
  ATTORNEY GENERAL
STATE OF HAWAI'I

KALIKO'ONĀLANI D. FERNANDES*
  SOLICITOR GENERAL
STATE OF HAWAI'I

EWAN C. RAYNER
THOMAS J. HUGHES
  DEPUTY SOLICITORS GENERAL
STATE OF HAWAI'I
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
kaliko.d.fernandes@hawaii.gov
(808) 586-1360
*Counsel of Record
*Counsel for Amici States*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Amici States of Hawaiʻi, Arizona, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia hereby file this notice of intent to file an amicus brief in support of Plaintiff-Appellee.

The undersigned respectfully requests that the Court enter her appearance as counsel for all amici States.

April 10, 2025

/s/ Kalikoʻonālani D. Fernandes
KALIKOʻONĀLANI D. FERNANDES*
  SOLICITOR GENERAL
STATE OF HAWAIʻI
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi  96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel of Record

Counsel for Amici States

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All counsel in this case are registered CM/ECF users and will be served by the appellate CM/ECF.

April 10, 2025

/s/ Kalikoʻonālani D. Fernandes
KALIKOʻONĀLANI D. FERNANDES*
  SOLICITOR GENERAL
STATE OF HAWAIʻI
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel of Record*

*Counsel for Amici States*