**No. 25-5037** September Term, 2024

1:25-cv-00412-RC

Filed On: April 15, 2025 [2111251]

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

     Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

     Appellants

------------------------------

Consolidated with 25-5055

**O R D E R**

Upon consideration of the motion of amici curiae Government Accountability Project, Inc. for a one-day extension to file the paper copies of its briefs in support of appellee, and it appearing that the paper copies have been received by the court, it is

**ORDERED** that the motion be granted.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk