# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | 1:25-cv-00412-RC |
| | Filed On: April 16, 2025 [2111442] |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

    **BEFORE:**   Katsas, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion of amicus curiae Martin Akerman to supplement the record and offer the court a path for Constitutional resolution, it is

    **ORDERED** that the motion be denied.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk