# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cathy A. Harris

v.

Scott Bessent, et al

**Case No:** 25-5055

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Scott Bessent

Trent Morse

Sergio Gor

Henry Kerner

Donald J. Trump

Russell T. Vought

### Counsel Information

**Lead Counsel:** Laura E. Myron

**Direct Phone:** (202) 514-4819  **Fax:** (___) ___-____  **Email:** laura.e.myron@usdoj.gov

**2nd Counsel:** Harry Graver

**Direct Phone:** (202) 514-3307  **Fax:** (___) ___-____  **Email:** harry.graver@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave NW, Washington DC 20530

**Firm Phone:** (202) 305-1754  **Fax:** (___) ___-____  **Email:** civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)