ORAL ARGUMENT HELD MAY 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CATHY A. HARRIS,<br><br>              Plaintiff-Appellee,<br><br>-v.-<br><br>SCOTT BESSENT, et al.,<br><br>              Defendants-Appellants. | No. 25-5055 |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Ezra Louvis, attorney for Cathy Harris, will soon leave Milbank LLP and therefore will no longer represent Cathy Harris in this matter. We accordingly move the Court to remove him from the docket as counsel. Harris will continue to be represented by the remaining counsel who have appeared on her behalf.

                                                      Respectfully submitted,

                                                      /s/ Neal Kumar Katyal

                                                      NEAL KUMAR KATYAL
                                                      MILBANK LLP
                                                      1101 New York Ave., NW
                                                      Washington, DC 20005
                                                      (202) 835-7500
                                                      nkatyal@milbank.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d) because it contains 51 words.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal