# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 17, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Cathy Harris
          v. Scott Bessent, Secretary of the Treasury, et al.
          No. 25-312
          (Your No. 25-5055)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 15, 2025 and placed on the docket September 17, 2025 as No. 25-312.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Angela Jimenez
                      Case Analyst