# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5037**  **September Term, 2025**

**1:25-cv-00412-RC**

**Filed On:** December 17, 2025

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

## O R D E R

    Upon consideration of the corrected petition for panel rehearing and rehearing en banc, it is

    **ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the corrected petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk